# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § Plaintiff, § § vs. § § TRIVIDIA HEALTH, INC., § § Defendant. § § | Case No: 0:21-cv-62206-WPD PATENT CASE |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC pursuant to Local Rule 16.4 hereby gives Notice to the Court that the claims and controversies existing between Plaintiff and Defendant have been amicably resolved, pending final completion of the settlement. Consequently, Defendant will not be entering an appearance and will not be filing the response due on January 18, 2022, pursuant to the Court Order previously entered on December 3, 2021 at D.E. #8.

Dated: January 18, 2022        Respectfully submitted,

*/s/ Barbra A. Stern*
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com

**ATTORNEY(S) FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on January 18, 2022., and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Draft*
Barbra A. Stern, Esquire