UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62206-CIV-DIMITROULEAS

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

vs.

TRIVIDIA HEALTH, INC.,

    Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary (the "Notice") [DE 11], filed herein on February 1, 2022. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED**;

2. This case is **DISMISSED**;

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record