# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § | |
| § | |
| Plaintiff, § | Case No: 0:21-cv-62206-WPD |
| § | |
| vs. § | PATENT CASE |
| § | |
| **TRIVIDIA HEALTH, INC.,** § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Trividia Health, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 1, 2022

Respectfully submitted,

*/s/ Barbra A. Stern*
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sternlawoffice.com

**ATTORNEY(S) FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on February 1, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                          */s/ Barbra A. Stern*
                                          Barbra A. Stern, Esquire